Patrick Larkin, Appellant, *v.* John McNamee, as Executor of Edward Gorman, Deceased, et al., Respondents, Impleaded with Others.

*Larkin* v. *McNamee*, 109 App. Div. 884, affirmed.
(Argued February 28, 1907; decided March 15, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1906, affirming a judgment in favor of the executor defendant entered upon a verdict directed by the court in an action under section 2653a of the Code of Civil Procedure to test the validity of the probate of the will of Edward Gorman, deceased.

*John R. Kuhn* for appellant.

*Herbert T. Ketcham* and *Joseph E. Owens* for John McNamee, as executor, respondent.

*Walter G. Rooney* for Margaret Burns, respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.